IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUSAN LLOYD, :
    Plaintiff, :
 :
v. : CIVIL ACTION NO. 20-CV-4070
 :
HILTON GARDEN INN, *et al.*, :
    Defendants. :

## ORDER

AND NOW, this 1st day of June, 2021, upon review of all the pending Motions now before the Court, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Osmose defendants' Motion to Dismiss is **GRANTED**, the non-parties' Motion to Dismiss is **GRANTED**, the Hilton defendants' Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**, and plaintiff Susan Lloyd's Motion to File a Second Amended Complaint is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff may file a Second Amended Complaint against the Hilton defendants in accordance with the accompanying Memorandum Opinion.

                                 **BY THE COURT:**

                                 */s/ Jeffrey L. Schmehl*
                                 JEFFREY L. SCHMEHL, J.